750

No. 185. SNYDER v. PROVIDENT TRUST Co. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Norman J. Griffin* for petitioner.

No. 186. PATCH v. STAHLY. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd W. Patch* for petitioner.

No. 188. BAUMER v. FRANKLIN COUNTY DISTILLING Co., INC. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank S. Ginocchio* for petitioner. *Mr. Leslie W. Morris* for respondent.

No. 192. EVANS v. SOUTH CAROLINA. October 11, 1943. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. John F. Williams* for petitioner.

No. 194. WILLIAMS ET AL. v. UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. Carl J. Batter* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 225. INSULAR SUGAR REFINING CORP. v. UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. J. Sterling Halstead*